UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

THOMAS WOOD                                                                                         PLAINTIFF

v.                                                           CIVIL ACTION NO. 4:12-CV-P7-M

MUHLENBERG COUNTY DETENTION CENTER                                      DEFENDANT

### MEMORANDUM OPINION

By Order entered February 15, 2012, this Court ordered Plaintiff to pay the filing fee or to submit a completed application to proceed without prepayment of the fee within 30 days. Plaintiff was warned that failure to comply would result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to pay the fee or to submit the completed form. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:      Plaintiff, *pro se*
4414.009